**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SAHILA IBRAHIMLI,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,

Defendants.

Case No. 26-cv-11031-BLF

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Medani v. Trump*, 26-cv-06332-EJD.

**IT IS SO ORDERED.**

Dated: September 29, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California